This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------------

No. 211  SSM 13
The People &c.,
            Respondent,
        v.
David Bookman,
            Appellant.

Submitted by Paul S. Laisure, for appellant.
Submitted by Antara C. Kanth, for respondent.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules (22 NYCRR 500.11), order affirmed.  The lower courts' determinations on the suppression motion, which involve mixed questions of law and fact, have support in the record and, thus, are beyond our further review.  Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.

Decided September 13, 2016